**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE LOPEZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED CURRENT AND FORMER EMPLOYEES OF WENDY'S INTERNATIONAL, INC., <br><br>    Plaintiff,<br><br>  v.<br><br>WENDY'S INTERNATIONAL, INC., AN OHIO CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>    Defendants. | Case No. EDCV 11-00275 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 8, 2011

                                                VIRGINIA A. PHILLIPS
                                     United States District Judge